UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                                       CASE NO.: 18-30347
                                                                                                 CHAPTER 13

**Donald B Henley, Jr,**
  Debtor.

**Lorna R. Henley,**
  Joint Debtor.

_____/

**REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Metropolitan Life ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                        Authorized Agent for Secured Creditor
                                                        130 Clinton Rd #202
                                                         Fairfield, NJ 07004
                                                        Telephone: 470-321-7112

                                                        By: /s/Harold Kaplan
                                                            Harold Kaplan
                                                            Email: hkaplan@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on July 6, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DONALD B HENLEY, JR
46 CHARLESTON DRIVE
ERIAL, NJ 08081

LORNA R. HENLEY
46 CHARLESTON DRIVE
ERIAL, NJ 08081

And via electronic mail to:

MCDOWELL LAW, PC
46 WEST MAIN STREET
MAPLE SHADE, NJ 08052

MCDOWELL LAW, PC
46 WEST MAIN STREET
MAPLE SHADE, NJ 08052

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER 5
35 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                                  By: /s/ Brianna Carr