|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| In Re:<br>**Donald B. Henley, Jr.**<br>**Lorna R. Henley** | Case No.         **18-30347**<br>Chapter:          **13**<br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Lorna R. Henley**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑  I am not required to pay domestic support obligations.

   ☐  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:  **November 1, 2023**            /s/ Lorna R. Henley
                                        **Lorna R. Henley**
                                        Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18