**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Donald B Henley Jr | Social Security number or ITIN   xxx–xx–2522 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lorna R. Henley | Social Security number or ITIN   xxx–xx–1078 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–30347–JNP

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Donald B Henley Jr                    Lorna R. Henley

2/15/24

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:

Donald B Henley, Jr

Lorna R. Henley

    Debtors

Case No. 18-30347-JNP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 15, 2024 | Form ID: 3180W | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald B Henley, Jr, Lorna R. Henley, 46 Charleston Drive, Erial, NJ 08081-2314 |
| cr | + | Metropolitan Life, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 517809695 | | Bank of America, PO Box 942019, Simi Valley, CA 93094-2019 |
| 517809696 | | Bayview Loan Servicing, PO Box 650091, Dallas, TX 75265-0091 |
| 517809707 | + | Goldman Sachs Mortgage Co., Service Finance Company, 555 South Federal Highway, Suite 200, Boca Raton, FL 33432-6033 |
| 519664334 | + | Metropolitan Life, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 519664335 | + | Metropolitan Life, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 Metropolitan Life 75261-9096 |
| 517811292 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517830292 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517831634 | + | TD Bank, NA, Attn Richard J. Tracy, III, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 518335800 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Feb 15 2024 21:05:00 | Harold Kaplan, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 15 2024 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 15 2024 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: BANKAMER2 | Feb 16 2024 01:50:00 | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517809692 | | Email/Text: customercare@adminrecovery.com | Feb 15 2024 21:06:00 | Admin Recovery LLC, 45 Earhart Dr, Suite 102, Williamsville, NY 14221-7809 |
| 517809694 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Feb 15 2024 21:05:00 | Alliance One, 4850 Street Rd, Ste 300, Trevose, PA 19053-6643 |
| 517877423 | | EDI: BANKAMER | Feb 16 2024 01:49:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 517809698 | + | EDI: CAPITALONE.COM | Feb 16 2024 01:50:00 | Capital One, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517855560 | | EDI: CAPITALONE.COM | Feb 16 2024 01:50:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517809699 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

District/off: 0312-1                                    User: admin                                         Page 2 of 4
Date Rcvd: Feb 15, 2024                          Form ID: 3180W                                    Total Noticed: 47

| | | | |
|---|---|---|---|
| | | Feb 15 2024 21:19:10 | Carson Smithfield, LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 517809700 | + EDI: CITICORP | | |
| | | Feb 16 2024 01:50:00 | Citi, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517969792 | Email/Text: bankruptcydept@wyn.com | | |
| | | Feb 15 2024 21:06:00 | Club Wyndham, Plus Cash Management, PO Box 340090, Boston, MA 02241-0490 |
| 517809701 | EDI: WFNNB.COM | | |
| | | Feb 16 2024 01:50:00 | Comenity Bank/Lane Bryant, PO Box 182125, Columbus, OH 43218-2125 |
| 517809702 | EDI: DISCOVER | | |
| | | Feb 16 2024 01:50:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 517821393 | EDI: DISCOVER | | |
| | | Feb 16 2024 01:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518578859 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 15 2024 21:19:05 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578858 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 15 2024 21:18:48 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517919242 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 15 2024 21:19:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517851915 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Feb 15 2024 21:19:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517809703 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Feb 15 2024 21:19:04 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518996870 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Feb 15 2024 21:05:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC 33146-1837 |
| 518996869 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Feb 15 2024 21:05:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 517920626 | + EDI: LCIBAYLN | | |
| | | Feb 16 2024 01:50:00 | Metropolitan Life Insurance Company, c/o Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 517809704 | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 15 2024 21:06:00 | Midland Funding LLC, PO Box 2001, Warren, MI 48090-2001 |
| 517932741 | EDI: PRA.COM | | |
| | | Feb 16 2024 01:50:00 | Portfolio Recovery Associates, LLC, c/o Paypal Extras Mastercard, POB 41067, Norfolk VA 23541 |
| 517932740 | EDI: PRA.COM | | |
| | | Feb 16 2024 01:50:00 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 517809705 | + EDI: SYNC | | |
| | | Feb 16 2024 01:50:00 | Paypal Credit/Synchrony Bank, PO Box 105658, Atlanta, GA 30348-5658 |
| 517921167 | EDI: Q3G.COM | | |
| | | Feb 16 2024 01:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517932384 | + Email/Text: bncmail@w-legal.com | | |
| | | Feb 15 2024 21:06:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517809706 | + EDI: CITICORP | | |
| | | Feb 16 2024 01:50:00 | Sears, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 518536813 | + EDI: PRA.COM | | |
| | | Feb 16 2024 01:50:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517809708 | EDI: SYNC | | |
| | | Feb 16 2024 01:50:00 | Synchrony Bank/PayPal, PO Box 960080, |

|  |  |  | Orlando, FL 32896-0080 |
|---|---|---|---|
| 517809709 | EDI: SYNC | Feb 16 2024 01:50:00 | Synchrony Bank/Sam's Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 517809710 | EDI: TDBANKNORTH.COM | Feb 16 2024 01:50:00 | TD Bank, PO Box 84037, Columbus, GA 31908-4037 |
| 517935548 | + EDI: AIS.COM | Feb 16 2024 01:50:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517809711 | EDI: WFFC | Feb 16 2024 01:50:00 | Wells Fargo Dealer Services, MAC T9017-026, PO Box 168048, Irving, TX 75016-8048 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517809693 | * | Admin Recovery LLC, 45 Earhart Drive, Suite 102, Williamsville, NY 14221-7809 |
| 517858648 | *+ | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517809697 | ##+ | Bayview Loan Servicing/Metropolitan Life, c/o Colleen Hirst, Esq., KML Law Group PC, 216 Haddon Ave., Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor METROPOLITAN LIFE c/o Bayview Loan Servicing.  LLC.. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Metropolitan Life hkaplan@rasnj.com  kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Laura M. Egerman | on behalf of Creditor Metropolitan Life Insurance Company laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |

District/off: 0312-1                          User: admin                                Page 4 of 4
Date Rcvd: Feb 15, 2024                       Form ID: 3180W                              Total Noticed: 47

Robert Braverman
                        on behalf of Debtor Donald B Henley  Jr rbraverman@mcdowelllegal.com,
                        tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious
                        @mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.

Robert Braverman
                        on behalf of Joint Debtor Lorna R. Henley rbraverman@mcdowelllegal.com
                        tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious
                        @mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.

Sindi Mncina
                        on behalf of Creditor Metropolitan Life smncina@raslg.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11